IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT W. JOHNSON,           :      No. 3:25cv686
           Plaintiff    :
                        :      **(Judge Munley)**
                        :
     v.                 :      **(Magistrate Judge Caraballo)**
                        :
OFFICER DREW NELSON,          :
           Defendant    :

**ORDER**

Before the court is a Report and Recommendation ("R&R") from United States Magistrate Judge Phillip J. Caraballo. (Doc. 7).  Per the R&R, Plaintiff Robert W. Johnson has not updated his address, filed any documents, or otherwise indicated his intent to continue litigating this civil rights action over the last twelve months. Thus, after reviewing the factors set forth in Poulis v. State Farm, 747 F.2d 863 (3d Cir. 1984), the R&R recommends dismissal due to Johnson's failure to prosecute.

Magistrate Judge Caraballo issued the R&R on June 15, 2026.  The mail serving the R&R was returned by the United States Postal Service. (Doc. 8).  An order from May 2025 was also previously returned. (Doc. 5).  Now, after the time normally afforded for objections, the court must address the same issues encountered by the magistrate judge.

In deciding whether to adopt an R&R when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After reviewing the record, the court reaches the same conclusions as the R&R: 1) Johnson is personally responsible for failing to update his address with the court; 2) this matter cannot move forward due to the plaintiff's dilatoriness; 3) the court can presume that the plaintiff willfully abandoned this case; 4) alternate sanctions are not available in this case; and 5) that, even presuming his action is meritorious, nothing can occur in this case without the full participation of the plaintiff.  This matter will be dismissed without prejudice.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 7), is **ADOPTED**;

2) Plaintiff's complaint is **DISMISSED** without prejudice; and

3) The Clerk of Court is directed to close this case.

2

Date: 6/17/26

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court